```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**KENNETH WILSON,**          *

    **Plaintiff,**          *

**vs.**          *   CIVIL ACTION 06-00111-KD-B

**OFFICER KEITH ROBINSON,**          *

    **Defendant.**          *

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 8th day of May, **2009**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**